Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-000206-CR

**IN RE** Jesse Ely **PENA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  April 18, 2012

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On April 4, 2012, Relator Jesse Ely Pena filed a petition for writ of mandamus complaining the Bexar County District Clerk has failed to provide him with copies of requested records. We conclude this court does not have jurisdiction to grant the requested relief.

By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ against the Bexar County District Clerk is not necessary to enforce our jurisdiction. *See In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding).

---

[1] This proceeding arises out of Cause No. 2007-CR-4265, styled *State of Texas v. Jesse Ely Pena*, in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip Kazen presiding.

Accordingly, Relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH